NOT FOR PUBLICATION

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| COMMERCE BANCORP, LLC, et al | : | |
| Plaintiffs, | : | Civil No. 08-5628 (RBK) |
| v. | : | **ORDER** |
| VERNON W. HILL | : | |
| Defendants. | : | |

**KUGLER**, United States District Judge:

  **THIS MATTER** having come before the Court on a motion by Plaintiffs Commerce Bancorp, LLC (formerly known as Commerce Bancorp, Inc.), TD Bank, N.A. and TD Banknorth Inc. (collectively "Plaintiffs") for a preliminary injunction and on a motion by Defendant Vernon W. Hill ("Defendant") to strike Plaintiffs' Complaint; and the Court having considered the moving papers, the opposition thereto, and the argument before the Court on November 18, 2008; and for the reasons expressed by the Court on the record on that date; and

  **THE COURT FINDING** that Plaintiffs have met their burden to be entitled to a preliminary injunction;

  **IT IS HEREBY ORDERED** that Plaintiffs' motion for a preliminary injunction is granted; and

  **IT IS FURTHER ORDERED** that Defendant is hereby enjoined from in any way utilizing, publishing, showing, presenting, or distributing the slides designated as slide numbers

13, 18, 20, and 23 in Exhibit D to Defendant's Notice of Motion to Strike ; and

    **IT IS FURTHER ORDERED** that Defendant's Motion to Strike is denied.


Date:   11-18-08                                                                        /s/ Robert B. Kugler
                                                                                         ROBERT B. KUGLER
                                                                                         United States District Judge