# JACOBS & BARBONE, P.A.

### A PROFESSIONAL CORPORATION
### ATTORNEYS AT LAW

EDWIN J. JACOBS, JR.

LOUIS M. BARBONE

ARTHUR J. MURRAY

STEPHEN F. FUNK

ERIC H. LUBIN

BRETT E. J. GORMAN

LUCILLE A. BONGIOVANNI

1125 PACIFIC AVENUE
ATLANTIC CITY, NEW JERSEY 08401
PHONE: (609) 348-1125
FAX: (609) 348-3774
E-MAIL: JACOBSBARBONE@COMCAST.NET

February 10, 2011

Susan M. Leming, Esquire
Brown & Connery, LLP
360 Haddon Ave., Box 539
Westmont, N.J. 08108

RE:  Commerce Bancorp, LLC et al. v. Vernon W. Hill, II
Civil Action No. 08-cv-5628 (RBK)
Our File No. 11, 888

Dear Ms. Leming:

Please be advised that the Stipulation of Dismissal in the above has been executed by defendant's joint counsel. I have so advised Magistrate Williams so that she can remove the Management conference which had been scheduled immediately after the conference with Judge Schneider.

Very truly yours,

JACOBS & BARBONE, P.A.

Louis M. Barbone

LMB/tah
Cc:  Hon. Joel Schneider, USMJ
Hon. Karen M. Williams, USMJ
Mr. Vernon Hill, II