UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| COMMERCE BANCORP, LLC (f/k/a COMMERCE BANCORP, INC.), and TD BANK, N.A. and TD BANKNORTH INC., <br><br> Plaintiffs, <br><br> v. <br><br> VERNON W. HILL, II, <br><br> Defendant. | CIVIL ACTION NO.: 08-5628 (RBK) <br><br><br> STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) |

It is hereby stipulated and agreed, by and between the parties to the above-entitled action, by their respective attorneys of record, that the action be, and is, dismissed without prejudice and without costs to either of the parties.

BROWN & CONNERY, LLP
By:   William M. Tambussi
      Susan M. Leming
360 Haddon Avenue - P.O. Box 539
Westmont, New Jersey 08108
(856) 854-8900 – Tel
(856) 858-4967 - Tel
*Attorneys for Plaintiffs*

Dated: 2/10/11

JACOBS & BARBONE, P.A.
By:   Louis M. Barbone, Esquire
1125 Pacific Avenue
Atlantic City, New Jersey 08401
(609) 348-1125 – Tel
(609) 348-3774 - Fax
*Co-Counsel for Defendant Vernon W. Hill, II*

Dated: 2-9-11

RATNER PRESTIA
By:   Benjamin E. Leace, Esquire
1235 Westlakes Drive – Berwyn – Suite 301
P.O. Box 980
Valley Forge, PA 19482
Co-Counsel for Defendant Vernon W. Hill, II
(610) 407-0700 – Firm Number
(610) 407-0701 – Fax

Dated: 2/9/11

1417605.1